IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MAURICE STONE,<br><br>Defendant. | Nos. CR11-0142<br><br>ORDER FOR DEFENDANT'S RELEASE |

On the 13th day of September 2016, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing and the Defendant's request for a preliminary hearing. The Government was represented by Assistant United States Attorney Anthony Morfitt. The Defendant appeared personally and was represented by his attorney, David Nadler. For the reasons stated by the Court on the record at the time of hearing, the Court finds Defendant should be released pending the hearing before Chief Judge Reade.

## ORDER

IT IS THEREFORE ORDERED the request for detention made at the initial appearance on revocation proceedings is hereby **DENIED**. Defendant shall be released from custody pending the hearing before Chief Judge Reade on September 20, 2016. Defendant is subject to all of the terms and conditions previously imposed for his supervised release. *In addition, Defendant is prohibited from having any contact with Latisha Corbett.* If Defendant violates any of those conditions of release, he is subject to immediate arrest.

DATED this 13th day of September, 2016.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA